

# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2018

No. 04-18-00133-CV

**IN THE MATTER OF S.T.,**

From the County Court at Law, Starr County, Texas
Trial Court No. JV-17-035
Honorable Romero Molina, Judge Presiding

# O R D E R

The appellant's motion to reconsider denial of oral argument is hereby DENIED.

It is so ORDERED on October 11, 2018.

PER CURIAM

ATTESTED TO: _____
         KEITH E. HOTTLE,
         Clerk of Court